Marguerite BOSTICK, Appellant,

v.

Willie BOSTICK, Appellee.

No. 2611.

Municipal Court of Appeals for the
District of Columbia.

Argued Aug. 15, 1960.

Decided Sept. 27, 1960.

John D. Fauntleroy, Washington, D. C.,
for appellant.

John S. Yodice, Washington, D. C., with
whom Philip F. Herrick, Washington, D.
C., was on the brief, for appellee.

Before ROVER, Chief Judge, HOOD,
Associate Judge, and CAYTON (Chief
Judge, retired) sitting by designation under
Code § 11–776(b).

ROVER, Chief Judge.

This is an appeal from a judgment of the
Domestic Relations Branch granting appel-
lee a limited divorce from his wife for
cruelty inflicted upon him. Code 1951, §
16–403.

Appellant's main contention on
appeal is that the court erred in making
certain findings of fact. There is no doubt
that the evidence was conflicting, but as the
trial court had the opportunity to hear the
witnesses and observe their demeanor we
do not feel that we, as a reviewing court,
would be justified in reversing its findings.
We need cite no authority to point out that
we have long held that to be a settled
principle of appellate review.

As to the court's application of law
based upon its findings of fact we perceive
no error. False accusations of adultery,
maliciously made without probable cause or
reasonable grounds for belief, and pro-
ducing the requisite degree of anguish,
suffering and danger to health constitute
sufficient cause to warrant the award of a
limited divorce for cruelty.[1]

Affirmed.

---

i. Holt v. Holt, 64 App.D.C. 280, 77 F.2d
538; Simmons v. Simmons, D.C.Mun.
App., 140 A.2d 186; Scott v. Scott, D.C.
Mun.App., 137 A.2d 722. See also An-
notation, 143 A.L.R. 623.